FILED
2012 Aug-10 AM 11:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA W. ALLEN, } | |
| } | |
|     Plaintiff and counter } | |
|     defendant, } | CIVIL ACTION NO. |
| } | |
| v. } | 2:11-CV-02814-WMA |
| } | |
| STUART SWANEPOEL; STUCO } | |
| HOLDINGS, LLC, } | |
| } | |
|     Defendants, counter } | |
|     claimants, third party } | |
|     plaintiffs, and counter } | |
|     defendants, } | |
| } | |
| v. } | |
| } | |
| NORMAN EARL ALLEN, } | |
| } | |
|     Third party defendant, } | |
|     counter claimant, and } | |
|     third party plaintiff, } | |
| } | |
| v. } | |
| } | |
| MULTI-POINT COMMUNICATIONS, } | |
| INC., } | |
| } | |
|     Third party defendant. } | |

### **ORDER**

Pursuant to the joint stipulation of dismissal filed on August 9, 2012, by all parties, the above-entitled action, in its entirety, and in all of its aspects, is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 10th day of August, 2012.

                                                         _____
                                                         WILLIAM M. ACKER, JR.
                                                         UNITED STATES DISTRICT JUDGE